UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-3-20

MATTHEW SONNENSHEIN,

           Plaintiff,

   - against -

TRUSTEES OF COLUMBIA UNIVERSITY ET AL.,

           Defendants.

19-cv-9810 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The pretrial conference scheduled for February 4, 2020 is adjourned to **March 24, 2020** at **4:30 P.M.**

SO ORDERED.

Dated:    New York, New York
            January 31, 2020

                                            John G. Koeltl
                                          United States District Judge

Copy mailed to pro se party(ies)
at docket address